# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

EYE CARE PARTNERS, LLC,
    Plaintiff,

Case No. 1:18-cv-507
Dlott, J.
Litkovitz, M.J.

vs.

LANCE SNARR, et al.,
    Defendants.

**ORDER**

This matter is before the Court following an informal discovery conference held on November 30, 2018 with plaintiff Eye Care Partners, LLC, and defendants Lance Snarr and Visioncare Partners Management, Inc. D/B/A Total Eye Care Partners (TECP). The disputed discovery matters are resolved as follows:

- Documents will be produced by each side in the following format: Paper documents will be produced in paper form, Excel spreadsheets will be produced in native format, and all other electronically stored information will be produced in searchable .pdf format. Plaintiff reserves the right to raise with the Court any issues that may arise regarding the format of the documents that are produced in discovery.

- Documents or information related to TECP's acquisitions and acquisition targets are relevant to the extent defendant Snarr participated in any such acquisition on behalf of TECP or in collaboration with TECP. TECP must produce documents or information in response to requests for discovery related to TECP acquisitions or acquisition targets only to the extent such documents or information also relate to defendant Snarr. (*See*, e.g., TECP's Supplemental Responses to Plaintiff's First Request for Production of Documents, Request for Production No. 8).

- Documents and information related to the formation of TECP are relevant to the extent such documents and information pertain to defendant Snarr. TECP must produce documents

and information in response to these discovery requests only to the extent such acquisition documents and information are related to defendant Snarr. (*See*, e.g., TECP's Supplemental Responses to Plaintiff's First Request for Production of Documents, Requests for Production No. 17, 18, 19, 20, 21, 24; TECP's Responses to Plaintiff's First Set of Interrogatories, Interrogatories No. 3, 4).

- Counsel for plaintiff shall prepare a written statement of the chain of custody of the Snarr laptop computer and provide the statement to defendants no later than **December 7, 2018**.
- Plaintiff's counsel shall deliver the Snarr laptop to counsel for defendant TECP no later than **December 7, 2018**, to give defendant an opportunity to conduct a forensic examination of the laptop. The parties may bring any additional discovery issues that arise in connection with the Snarr laptop to the Court's attention.

**IT IS SO ORDERED.**

Date: 11/30/18

Karen L. Litkovitz
United States Magistrate Judge